# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131725 & (16)

ARTHUR METZGER, Personal Representative
of the Estte of ZELMA METZGER, Deceased,
    Plaintiff-Appellee,

V

MID-MICHIGAN HEALTH and
MID-MICHIGAN MEDICAL CENTER-CLARE,
    Defendants-Appellants,

V

LAWRENCE TYLER, D.O., and
DR. LAWRENCE TYLER, D.O., P.C.,
    Defendants.

_____

SC:   131725
CoA:  270259
Caire CC: 04-900309-NH

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2006

Clerk